NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 1 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MENGYA HUANG, | No. 14-70830 |
| Petitioner, | Agency No. A200-267-034 |
| v. | |
| LORETTA E. LYNCH, Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 26, 2016**

Before:    SCHROEDER, CANBY, and CALLAHAN, Circuit Judges.

Mengya Huang, a native and citizen of China, petitions pro se for review of

the Board of Immigration Appeals' ("BIA") order dismissing her appeal from an

immigration judge's decision denying her application for asylum, withholding of

removal, and protection under the Convention Against Torture ("CAT"). We

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision
without oral argument.   *See* Fed. R. App. P. 34(a)(2).

have jurisdiction under 8 U.S.C. § 1252.   We review for substantial evidence the agency's factual findings, applying the standards created by the REAL ID Act, *Ren v. Holder*, 648 F.3d 1079, 1083, 1089-91 (9th Cir. 2011), and we deny the petition for review.

We do not consider the materials Huang references in and attaches to her opening brief that are not part of the administrative record.   *See Fisher v. INS*, 79 F.3d 955, 963 (9th Cir. 1996) (en banc).

Substantial evidence supports the BIA's conclusion that Huang did not sufficiently corroborate her claim.   *See Aden v. Holder*, 589 F.3d 1040, 1046 (9th Cir. 2009) (record did not compel the conclusion that petitioner's corroborative evidence satisfied his burden of proof).   Further, the BIA reasonably rejected her explanations as to why she could not obtain corroborating evidence.   *See Ren*, 648 F.3d at 1092 n.12.   Thus, we deny the petition for review as to Huang's claims for asylum, withholding of removal, and CAT protection.   *See Aden*, 589 F.3d at 1046-47.

**PETITION FOR REVIEW DENIED.**

14-70830